**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01207-CV

### IN THE INTEREST OF B.W.S., A CHILD

**On Appeal from the 470th Judicial District Court
Collin County, Texas
Trial Court Cause No. 470-51685-2010**

## ORDER

As appellant has informed us that she has requested and paid for the appellate record, we

**ORDER** Collin County District Clerk Andrea Stroh Thompson and court reporter Susan

Maienschein to file the record no later than December 17, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Thompson, Ms.

Maienschein, and the parties.


/s/     CRAIG STODDART
JUSTICE